IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELINDA A. BARCLAY,

      Plaintiff,

v.                                                                      4:16cv603-WS/CAS

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation

docketed January 22, 2018.  See Doc. 29.  The magistrate judge recommends that

the Commissioner's decision to deny the plaintiff's application for benefits be

affirmed.  The plaintiff has filed no objections to the report and recommendation.

      The court being in accord with the magistrate judge's report and

recommendation, it is ORDERED:

1.  The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (doc. 29).

2.  The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3.  The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this __21st__ day of ___February___, 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE